FILED
CO-386-online
10/03
NOV 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Rochester Drug Co-Operative, Inc.

                Plaintiff
vs

Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Galen (Chemicals) Ltd, Barr Pharmaceuticals, Inc.

                Defendant

CASE NUMBER   1:05CV02257

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Antitrust

DATE STAMP: 11/21/2005

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **Rochester Drug Co-Operative** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Rochester Drug Co-Operative** which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

912899
BAR IDENTIFICATION NO.

David U. Fierst
Print Name

1100 Connecticut Ave, Suite 1100
Address

Washington D.C.          20036
City          State          Zip Code

202-737-7777
Phone Number



3