## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------  x
ROCHESTER DRUG CO-OPERATIVE, INC.,                         :
    Plaintiff,                                            :
                                                           :
v.                                                         :  Civil Action No: 1:05CV02257 (CKK)
                                                           :  Judge Colleen Kollar-Kotelly
WARNER CHILCOTT PUBLIC LIMITED                             :
COMPANY, *et al.*,                                         :
    Defendants.                                           :
---------------------------------------------------------  x

## ORDER REGARDING ATTORNEY ADMISSION

The motion of Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd., for the admission *pro hac vice* of Charles E. Koob is, this the ____ day of _____, 2005, hereby granted.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge

12/21/05 6:21 PM