## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ------------------------------------------------------- x | |
| ROCHESTER DRUG CO-OPERATIVE, INC., : | |
| on behalf of itself and all others similarly situated, : | |
| 50 Jet View Drive : | |
| Rochester, NY 14624, : | Civil Action No: 1:05CV02257 (CKK) |
| : | Judge Colleen Kollar-Kotelly |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| WARNER CHILCOTT PUBLIC LIMITED : | |
| COMPANY : | |
| 100 Enterprise Drive : | |
| Rockaway, N.J. 07866-2129 : | |
| : | |
| WARNER CHILCOTT HOLDINGS COMPANY : | |
| III, LTD. : | |
| 100 Enterprise Drive : | |
| Rockaway, N.J. 07866-2129 : | |
| : | |
| WARNER CHILCOTT CORPORATION : | |
| 100 Enterprise Drive : | |
| Rockaway, N.J. 07866-2129 : | |
| : | |
| WARNER CHILCOTT (US) INC. : | |
| 100 Enterprise Drive : | |
| Rockaway, N.J. 07866-2129 : | |
| : | |
| GALEN (CHEMICALS) LTD. : | |
| Unit 4 Burton Hall Pk. : | |
| Sandyford Industrial Estate : | |
| Foxrock, Ireland : | |
| : | |
| and : | |
| : | |
| BARR PHARMACEUTICALS, INC. : | |
| 2 Quaker Road, P.O. Box 2900 : | |
| Pomona, N.Y. 10970-0519 : | |
| : | |
| Defendants : | |
| ------------------------------------------------------- x | |

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Kevin J. Arquit hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd.

December 21, 2005

                                            Respectfully submitted,

By:   /s/_____
       Kevin J. Arquit, #438511
       SIMPSON THACHER & BARTLETT LLP
       425 Lexington Avenue
       New York, New York 10017
       (212) 455-2000

*Counsel for Defendants*