**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., GALEN (CHEMICALS) LTD., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | 05 Civ. 2257 (CKK)<br><br>JURY TRIAL DEMANDED |

**NOTICE OF DEFENDANTS' PROPOSED SCHEDULING ORDER**

Please take notice that filed herewith is Defendants' Proposed Scheduling Order in accordance with Federal Rule of Civil Procedure 16 and Local Civil Rule 16.4(b).

Dated: February 9, 2006

By: /s/ Karen N. Walker
Karen N. Walker (D.C. Bar #. 412137)
Mark L. Kovner (DC Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Fax: (202) 879-5200

**Counsel for Barr Pharmaceuticals, Inc**.

1

| | |
|---|---|
| Dated: February 9, 2006 | By: /s/ Kevin J. Arquit<br>Kevin J. Arquit (D.C.Bar # 438511)<br>Charles E. Koob<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017-3954<br>Telephone:  (212) 455-2000<br>Fax:  (212) 455-2502<br><br>**Counsel for Warner Chilcott Public Limited Company,** *et al.* |