# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

ROCHESTER DRUG CO-OPERATIVE, INC.
                                                :

    Plaintiff,

                                                :   CA 05-2257 (CKK)

    v.

WARNER CHILCOTT PUBLIC LIMITED      :
COMPANY et al

    Defendants
_____

### PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Rochester Drug Co-operative, Inc. hereby moves pursuant to LCvR 83.2(d) for the admission *pro hac vice* of Daniel Berger, Eric L. Cramer and Keith J. Verrier.

The undersigned sponsoring counsel, David U. Fierst, is a member of the Bar of this Court in good standing.

The motion is supported by the declarations of Daniel Berger, Eric L. Cramer and Keith J. Verrier.

                                                        /s/ David U. Fierst
                                                        David U. Fierst, #912899
                                                        STEIN, MITCHELL & MEZINES LLP
                                                        1100 Connecticut Avenue, N.W.
                                                        Suite 1100
                                                        Washington, D.C. 20036
                                                        Tel: 202-737-7777
                                                       Fax: 202-296-8312

Dated: February 17, 2006