UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> WARNER CHILCOTT PUBLIC LIMITED COMPANY; WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC.; WARNER CHILCOTT COMPANY, INC.; GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | 05 Civ. 2257 (CKK) <br><br> <u>JURY TRIAL DEMANDED</u> |

### **DECLARATION OF KEITH J. VERRIER, ESQUIRE**

KEITH J. VERRIER, seeking admission *pro hac vice* to the bar of this Court in the above-captioned matter, hereby declares as follows under penalty of perjury:

1. I am an associate with the firm Berger & Montague, P.C., attorneys for the Plaintiff Rochester Drug Co-operative, Inc. in the above-captioned matter.

2. My office address is 1622 Locust Street, Philadelphia, Pennsylvania 19103, and my office telephone number is (215) 875-4669.

3. I am admitted to the bars of the Commonwealth of Pennsylvania and the State of New Jersey, as well as the bars of the following federal courts: United States District Court for the Eastern District of Pennsylvania, United States District Court for the District of New Jersey, and United States Court of Appeals for the Third Circuit.

4. I have not been disciplined by any bar or any court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I am not a member of the District of Columbia bar and do not have an application for membership pending.

7. I have been requested to represent the Plaintiff Rochester Drug Co-operative, Inc. in this matter.

8. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

9. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiff in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: February 15, 2006

**BERGER & MONTAGUE, P.C.**

By: _____
Keith J. Verrier
1622 Locust Street
Philadelphia, PA 19103
(215) 875-4669 *phone*
(215) 875-4604 *facsimile*

*Attorney for Plaintiff Rochester Drug Co-operative, Inc.*