UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------  x
ROCHESTER DRUG CO-OPERATIVE, INC.,               :
                                                 :
     Plaintiff,                                  :
                                                 :
 v.                                              :   Civil Action No: 1:05CV02257 (CKK)
                                                 :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT PUBLIC LIMITED                   :
COMPANY, et al.,                                 :
                                                 :
     Defendants.                                 :
-------------------------------------------------  x
```

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Andrew M. Lacy hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd.

April 3, 2006                                  Respectfully submitted,

                                   By:    /s/ Andrew M. Lacy
                                          _____
                                          Andrew M. Lacy, D.C. Bar # 496644
                                          SIMPSON THACHER & BARTLETT LLP
                                          555 11th Street, N.W.
                                          Suite 725
                                          Washington, D.C.  20004
                                          (202) 220-7700

                                          *Counsel for Defendants*