UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------- x
ROCHESTER DRUG CO-OPERATIVE, INC., :
:
    Plaintiff, :
:
v. : Civil Action No: 1:05CV02257 (CKK)
: Judge Colleen Kollar-Kotelly
WARNER CHILCOTT PUBLIC LIMITED :
COMPANY, *et al.*, :
:
    Defendants. :
:
------------------------------------------------------- x

## ENTRY OF APPEARANCE (LCvR 83.6(a))

    Pursuant to LCvR 83.6(a), Peter C. Thomas hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd.

April 3, 2006                              Respectfully submitted,

                                      By:    /s/ Peter C. Thomas
                                                  Peter C. Thomas, D.C. Bar # 495928
                                                  SIMPSON THACHER & BARTLETT LLP
                                                  555 11th Street, N.W.
                                                  Suite 725
                                                  Washington, D.C.  20004
                                                  (202) 220-7700

                                                  *Counsel for Defendants*