IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., GALEN (CHEMICALS) LTD., and BARR PHARMACEUTICALS, INC.,<br><br>　　　　　　　Defendants. | No. 05 Civ. 2257 (CKK)<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

On April 14, 2006, Plaintiff Rochester Drug Co-operative, Inc. joined in filing an Amended Class Action Complaint in *Meijer, Inc., et al. v. Warner Chilcott Holdings Company III, Ltd., et al.*, No. 05 Civ. 2195 (CKK) [docket # 30]. Because it is no longer necessary to maintain this action, Plaintiff hereby moves the Court for an order dismissing this case pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: April 20, 2006                     Respectfully submitted,


                                          _____/s/_____
                                          Daniel Berger
                                          David Sorensen
                                          Eric L. Cramer
                                          BERGER & MONTAGUE, P.C.
                                          1622 Locust St.
                                          Philadelphia, PA 19103
                                          Tel: (215) 875-3000
                                          Fax: (215) 875-4604

                                          David U. Fierst (D.C. Bar No. 912899)
                                          STEIN, MITCHELL & MEZINES LLP
                                          1100 Connecticut Ave., NW
                                          Suite 1100
                                          Washington, DC 20036
                                          Tel: (202) 737-7777
                                          Fax: (202) 296-8312

                                          *Counsel for Plaintiff Rochester Drug Co-operative, Inc.*